# UNITED STATES DISTRICT COURT
## Eastern District of Washington

REX A MCCURDY,

          Petitioner,

          v.

MAGISTRATE JUDGE ROBINSON
and CHRIS LAMONT,

          Respondents.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-096-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  the Action is DISMISSED WITHOUT PREJUDICE.

March 8, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia